# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0073.  KNEZEVIC et al. v. SCBT.

It appearing that the parties to this appeal have resolved all issues between them and it further appearing that in the trial court the APPELLANTS have withdrawn and dismissed with prejudice any and all claims, motions or appeals pending below relating to APPELLANTS' "Appeal to Order to Motion to Set Aside Judgement by Default and Amended Motion to Set Aside Default Judgment," the appeal in the above-styled case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/03/2015
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*